# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT,<br>1030 15th Street NW, B255<br>Washington, DC 20005<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION,<br>935 Pennsylvania Avenue NW<br>Washington, DC 20535<br><br>and<br><br>U.S. DEPARTMENT OF JUSTICE,<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br><br>*Defendants*. | Case No. 21-cv-2728 |

## COMPLAINT

1.  Plaintiff American Oversight brings this action against the Federal Bureau of Investigation under the Freedom of Information Act, 5 U.S.C. § 552 (FOIA), and the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking declaratory and injunctive relief to compel compliance with the requirements of FOIA.

## JURISDICTION AND VENUE

2.  This Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. §§ 1331, 2201, and 2202.

3.  Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

1

4. Because Defendants have failed to comply with the applicable time-limit provisions of FOIA, American Oversight is deemed to have exhausted its administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C)(i) and is now entitled to judicial action enjoining the agency from continuing to withhold agency records and ordering the production of agency records improperly withheld.

## PARTIES

5. Plaintiff American Oversight is a nonpartisan, non-profit section 501(c)(3) organization primarily engaged in disseminating information to the public. American Oversight is committed to promoting transparency in government, educating the public about government activities, and ensuring the accountability of government officials. Through research and FOIA requests, American Oversight uses the information it gathers, and its analysis of it, to educate the public about the activities and operations of the federal government through reports, published analyses, press releases, and other media. The organization is incorporated under the laws of the District of Columbia.

6. Defendant U.S. Department of Justice (DOJ) is a department of the executive branch of the U.S. government headquartered in Washington, DC, and an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1).

7. Defendant Federal Bureau of Investigation (FBI) is a component of DOJ—an agency of the federal government within the meaning of 5 U.S.C. § 552(f)(1)—and is headquartered in Washington, DC, with field offices across the country. FBI has possession, custody, and control of the records that American Oversight seeks.

**STATEMENT OF FACTS**

*8.* American Oversight submitted two FOIA requests to FBI between January 11, 2021 and August 19, 2021, seeking records and communications related to the events of January 6, 2021.

*Directives and Communications Request*

9. On January 11, 2021, American Oversight submitted and requested expedited processing of a FOIA request to FBI bearing internal tracking number DOJ-FBI-21-0024. The request sought communications and directives sent or received by specified FBI officials ahead of and during the events of January 6, 2021 at the U.S. Capitol. Specifically, the request sought:

> 1. All communications (including emails, email attachments, complete email chains, text messages (or messages on similar applications such as Signal or WhatsApp) and calendar invitations) <u>sent or received</u> by the officials listed below regarding events at the U.S. Capitol, U.S. National Mall, or surrounding grounds in Washington D.C. on January 6, 2021, including but not limited to the potential or actual deployment of law enforcement officers and/or National Guard troops, requests for assistance from members of Congress or Congressional staff, protests or armed activity at the Capitol, President Trump's rally, or concerns about security.
>
> Please note that American Oversight does not seek, and that this request specifically <u>excludes</u>, the <u>initial</u> mailing of news clips or other mass-distribution emails. However, subsequent communications forwarding such emails <u>are</u> responsive to this request. In other words, for example, if a specified official received a mass-distribution news clip email referencing protests or violent activity at the Capitol, that initial email would <u>not</u> be responsive to this request. However, if a specified official forwarded that email to another individual with his own commentary, that subsequent message would be responsive to this request and should be produced.
>
> 2. All orders, directives, protocols, or guidance prepared, written, approved, or signed by the officials listed below, regarding events at the U.S. Capitol, U.S. National Mall, or surrounding grounds in Washington D.C. on January 6, 2021, including but

not limited to the potential or actual deployment of law enforcement officers and/or National Guard troops, requests for assistance from members of Congress or Congressional staff, protests or armed activity at the Capitol, President Trump's rally, or concerns about security.

Specified officials:

a. Chris Wray, Director
b. David Bowdich, Deputy Director
c. Paul Abbate, Associate Deputy Director
d. Paul Murphy, Chief of Staff
e. Anyone serving as White House Liaison

10. American Oversight requested all responsive records from December 31, 2020, through January 7, 2021.

11. On January 21, 2021, FBI acknowledged receipt of the Directions and Communications Request, assigned the request tracking number 1487359-000, and noted that, due to unusual circumstances as defined in 5 U.S.C. § 552 (a)(4)(A)(viii), it would be unable to respond within the FOIA's 20-day statutory time period.

12. On January 25, 2021, FBI approved American Oversight's request for expedition.

13. American Oversight has not received any further communication from FBI regarding this FOIA request.

*Meetings Request*

14. On August 19, 2021, American Oversight submitted a FOIA request to FBI bearing internal tracking number DOJ-FBI-21-1175 and seeking records from any meetings held on January 5, 2021. Specifically, the request sought:

> Any records reflecting the substance and participants of a meeting on January 5, 2021 between the FBI, U.S. Secret Service, D.C. National Guard, U.S. Capitol Police, and Capitol Police Board, [1] regarding events at the U.S. Capitol, U.S. National Mall, or surrounding grounds in Washington D.C. on January 6, 2021, including agendas, meeting minutes or summaries (including

>handwritten notes and informal email summaries), participant lists, and any materials exchanged by parties attending the call.

15. American Oversight requested all responsive records from January 2, 2021, through January 6, 2021.

16. On September 12, 2021, FBI acknowledged receipt of the Meetings Request and assigned the request tracking number 1503371-000.

17. American Oversight has not received any further communication from FBI regarding this FOIA request.

*Exhaustion of Administrative Remedies*

18. As of the date of this Complaint, Defendants have failed to (a) notify American Oversight of a final determination regarding American Oversight's FOIA requests, including the scope of responsive records Defendants intend to produce or withhold and the reasons for any withholdings; or (b) produce the requested records or demonstrate that the requested records are lawfully exempt from production.

19. Through Defendants' failure to respond to American Oversight's FOIA requests within the time period required by law, American Oversight has constructively exhausted its administrative remedies and seeks immediate judicial review.

## COUNT I
### Violation of FOIA, 5 U.S.C. § 552
### Failure to Conduct Adequate Searches for Responsive Records

20. American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

21. American Oversight properly requested records within the possession, custody, and control of Defendants.

22. Defendants are an agency, and a component thereof, subject to FOIA and must therefore make reasonable efforts to search for requested records.

23. Defendants have failed to promptly review agency records for the purpose of locating those records that are responsive to American Oversight's FOIA requests.

24. Defendants' failure to conduct adequate searches for responsive records violates FOIA.

25. Plaintiff American Oversight is therefore entitled to declaratory and injunctive relief requiring Defendants to promptly make reasonable efforts to search for records responsive to American Oversight's FOIA requests.

## COUNT II
### Violation of FOIA, 5 U.S.C. § 552
### Wrongful Withholding of Non-Exempt Responsive Records

26. American Oversight repeats the allegations in the foregoing paragraphs and incorporates them as though fully set forth herein.

27. American Oversight properly requested records within the possession, custody, and control of Defendants.

28. Defendants are an agency, and a component thereof, subject to FOIA and must therefore release in response to a FOIA request any non-exempt records and provide a lawful reason for withholding any materials.

29. Defendants are wrongfully withholding non-exempt agency records requested by American Oversight by failing to produce records responsive to its FOIA requests.

30. Defendants are wrongfully withholding non-exempt agency records requested by American Oversight by failing to segregate exempt information in otherwise non-exempt records responsive to American Oversight's FOIA requests.

31. Defendants' failure to provide all non-exempt responsive records violates FOIA.

32. Plaintiff American Oversight is therefore entitled to declaratory and injunctive relief requiring Defendants to promptly produce all non-exempt records responsive to its FOIA requests and provide an index justifying the withholding of any responsive records withheld under claim of exemption.

## REQUESTED RELIEF

WHEREFORE, American Oversight respectfully requests the Court to:

(1) Order Defendants to conduct a search or searches reasonably calculated to uncover all records responsive to American Oversight's FOIA requests;

(2) Order Defendants to produce, by such date as the Court deems appropriate, any and all non-exempt records responsive to American Oversight's FOIA requests and an index justifying the withholding of any responsive records withheld under claim of exemption;

(3) Enjoin Defendants from continuing to withhold any and all non-exempt records responsive to American Oversight's FOIA requests;

(4) Award American Oversight attorneys' fees and other litigation costs reasonably incurred in this action, pursuant to 5 U.S.C. § 552(a)(4)(E); and

(5) Grant American Oversight such other relief as the Court deems just and proper.

Dated: October 15, 2021                    Respectfully submitted,

                                                                      */s/ Khahilia Shaw*
                                                                      Khahilia Shaw
                                                                      D.C. Bar No. 1616974

                                                                      */s/ Emma Lewis*
                                                                      Emma Lewis

        D.C. Bar No. 144574

        AMERICAN OVERSIGHT
        1030 15th Street NW, B255
        Washington, DC 20005
        (202) 539-6507
        khahilia.shaw@americanoversight.org
        emma.lewis@americanoversight.org

        *Counsel for Plaintiff*