UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN OVERSIGHT, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL BUREAU OF INVESTIGATION *et al.*, <br><br> Defendants. | Civil Action No. 21-2728 (CKK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order entered on December 6, 2021, Plaintiff, American Oversight, and Defendants, the United States Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI") (collectively, "Defendants"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report.

1. On October 15, 2021, Plaintiff filed a Complaint seeking to compel Defendants to disclose documents requested under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq*. *See* ECF No. 1. Plaintiff's Complaint lists two separate FOIA requests:

    a. **Directives and Communications Request**

    Plaintiff's January 11, 2021 request sought communications and directives sent or received by specified FBI officials ahead of and during the events of January 6, 2021 at the U.S. Capitol.

    b. **Meetings Request**

    Plaintiff's August 19, 2021 request sought records from any meetings held on January 5, 2021 between the FBI and other specified federal entities.

2. On December 3, 2021, Defendant filed an Answer responding to Plaintiff's Complaint. *See* ECF No. 8. The Parties have conferred regarding the status of Plaintiff's FOIA requests. The FBI reports that it is currently conducting searches for records responsive to both requests. At this time, FBI does not have an estimated completion date for the searches nor an estimated volume of records but endeavors to provide timely updates to Plaintiff.  The parties will continue to confer regarding the production schedule.

3. At this time, Defendants do not expect to file a motion for an *Open America* stay.

4. The parties cannot determine whether either a *Vaughn* index or summary judgment briefing will be necessary until the FBI has begun producing any responsive records and the parties have had an opportunity to confer regarding the productions and any withholdings.

5. Consequently, the parties respectfully request that they be permitted to file a further Joint Status Report on or before January 20, 2022, reporting on the progress of their discussions and on the current status of the FBI's searches for responsive records.

Dated: December 20, 2021

    Respectfully submitted,

    BRIAN D. NETTER
    Deputy Assistant Attorney General

    ELIZABETH J. SHAPIRO
    Deputy Director
    U.S. Department of Justice
    Civil Division, Federal Programs Branch

      /s/  *Daniel Riess*
    DANIEL RIESS (Texas Bar No. 24037359)
    Trial Attorney
    United States Department of Justice
    Civil Division, Federal Programs Branch
    1100 L Street, N.W.
    Washington, D.C.  20005
    (202) 353-3098

Daniel.Riess@usdoj.gov
*Counsel for Defendants*

By: */s/ Khahilia Y. Shaw*
KHAHILIA Y. SHAW
D.C. Bar No. 1616974
AMERICAN OVERSIGHT
1030 15th Street, NW
Suite B255
Washington, DC 20005
(202) 539-6507
khahilia.Shaw@americanoversight.org

*Counsel for Plaintiff*