UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL BUREAU OF ) <br> INVESTIGATION *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 21-2728 (CKK) |

**JOINT STATUS REPORT**

On December 20, 2021, the parties filed a joint report on the status of this Freedom of Information Act ("FOIA") case, and requested that the Court permit them to file a further Joint Status Report on or before January 20, 2022, reporting on the progress of their discussions and on the current status of the Federal Bureau of Investigation's ("FBI") searches for responsive records. Joint Status Report at 2, ECF No. 10. The Court granted the parties' request on the same date, and further ordered that the parties file further Joint Status Reports every thirty days thereafter. Minute Order, December 20, 2021. In accordance with the Court's Order, the parties, by and through undersigned counsel, respectfully file this Joint Status Report.

1. This FOIA case brought by Plaintiff American Oversight involves two separate requests to the FBI for the production of non-exempted documents responsive to those requests. The first request seeks communications and directives sent or received by specified FBI officials ahead of and during the events of January 6, 2021 at the U.S. Capitol. The second request seeks records from any meetings held

       on January 5, 2021 between the FBI and other specified federal entities. *See* Compl. at 3-5, ECF No. 1.

2. As reported in the parties' January status report, the FBI completed an initial search for documents that are potentially responsive to both FOIA requests. Based on that search, the FBI estimated that there were 978 pages of documents that are potentially responsive to this initial search.

3. Additionally, as reported in the parties' February status report, in the course of assessing whether documents from its initial search for responsive records actually fell within the scope of American Oversight's requests, the FBI determined that several additional searches would be needed in order to complete an overall search that is reasonably calculated to locate all potentially responsive records. The FBI has completed these searches, and has located an additional 9 pages of documents that are potentially responsive to the request.

4. The FBI has now completed all searches for records responsive to these requests. In total, the FBI has located a total of 987 pages of documents that are potentially responsive to the requests. These records may contain duplicative or out of scope pages, and the page total may be adjusted after a page-by-page review.

5. The FBI anticipates that its initial release of non-exempt responsive documents to American Oversight will include processing of no fewer than 500 pages, with a proposed release date of on or before May 31, 2022. The FBI will make a second and final production of the remaining non-exempt responsive records on or before June 30, 2022. However, additional time will likely be needed to process any potentially-responsive pages sent out to other government agencies for

consultation. The FBI will continue to provide updates, if any, on the status of any consultations.

Dated: March 24, 2022

                      Respectfully submitted,

                      BRIAN D. NETTER
                      Deputy Assistant Attorney General

                      ELIZABETH J. SHAPIRO
                      Deputy Director
                      U.S. Department of Justice
                      Civil Division, Federal Programs Branch

                      */s/ Daniel Riess*
                      DANIEL RIESS (Texas Bar No. 24037359)
                      Trial Attorney
                      United States Department of Justice
                      Civil Division, Federal Programs Branch
                      1100 L Street, N.W.
                      Washington, D.C. 20005
                      (202) 353-3098
                      Daniel.Riess@usdoj.gov
                      *Counsel for Defendants*

By: */s/ Khahilia Y. Shaw*
      KHAHILIA Y. SHAW
      D.C. Bar No. 1616974
      AMERICAN OVERSIGHT
      1030 15th Street, NW
      Suite B255
      Washington, DC 20005
      (202) 539-6507
      khahilia.shaw@americanoversight.org

      *Counsel for Plaintiff*