UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMERICAN OVERSIGHT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-cv-02728-CKK |
| FEDERAL BUREAU OF INVESTIGATION *et al.*, | ) |
| Defendants. | ) |

**JOINT STATUS REPORT**

The Court has directed the parties to file joint status reports every ninety days in this Freedom of Information Act (FOIA) case. Minute Order, May 26, 2022. In accordance with the Court's Order, the parties, by and through undersigned counsel, respectfully file this Joint Status Report.

1. This FOIA case brought by Plaintiff American Oversight involves two separate requests to the FBI for the production of non-exempt documents responsive to those requests. The first request seeks communications and directives sent or received by specified FBI officials ahead of and during the events of January 6, 2021 at the U.S. Capitol. The second request seeks records from any meetings held on January 5, 2021 between the FBI and other specified federal entities. *See* Compl. at 3-5, ECF No. 1.

2. As explained in the parties' prior status reports, the FBI has completed all searches for documents that are potentially responsive to both FOIA requests, and with the

exception of documents currently under referral to other agencies, has released all non-exempt responsive documents to American Oversight.

3. The only potentially responsive documents located by the FBI's searches that remain to be processed are documents that have been referred to other government agencies for consultation because those other agencies may have equities in those documents. To date, the FBI has referred potentially responsive pages to 26 different agencies. The FBI has received responses from 25 agencies, and it is currently waiting for 1 agency to respond.

4. The FBI has not received back documents referred to other government agencies for consultation that would have allowed for an interim release after the date of the parties' last joint status report. However, the FBI anticipates making an interim release on or before October 31, 2024.

5. The FBI is currently waiting to receive back the remaining documents referred to the final other government agency for consultation. At the present time, the FBI is not able to estimate the time by which it will be able to release all non-exempt responsive documents to American Oversight. However, the FBI will provide updates, if any, on the status of any consultations in the parties' next joint status report to the Court.

Dated: October 30, 2024

Respectfully submitted,

BRIAN D. NETTER
Deputy Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
U.S. Department of Justice
Civil Division, Federal Programs Branch

        /s/ *Daniel Riess*
DANIEL RIESS (Texas Bar No. 24037359)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-3098
Daniel.Riess@usdoj.gov
*Counsel for Defendants*


By:  /s/ *Emma Lewis*
EMMA LEWIS
D.C. Bar No. 144574
AMERICAN OVERSIGHT
1030 15th Street, NW
Suite B255
Washington, DC 20005
(202) 919-6303
emma.lewis@americanoversight.org

*Counsel for Plaintiff*